IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MIRANDA KNIGHT-BROWN, and<br>(2) JUSTIN LEN BROWN,<br><br>      Plaintiffs,<br><br>v.<br><br>(1) UNITED STATES OF AMERICA,<br>(2) UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br>(3) CHOCTAW NATION HEALTHCARE<br>SERVICES AUTHORITY,<br>(4) JASON HILL,<br>(5) WILLIAM HAYES,<br>(6) DALE BAUGHMAN, and<br>(7) JOHN DOES 1-30,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-19-00093-JWD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court are Defendants the United States of America's Motion to Dismiss [Doc. No. 53], William Hayes's and Jason Hill's Motion to Dismiss [Doc. No. 54], and Dale Baughman's Motion to Dismiss [Doc. No. 63] (collectively, "Motions"), all directed at Plaintiffs' First Amended Complaint. [Doc. No. 51].

Plaintiffs have filed a Second Amended Complaint. [Doc. No. 77]. Plaintiffs' Second Amended Complaint "supersedes the [complaints before it] and renders [them] of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Accordingly, the Motions are now moot.

IT IS THEREFORE ORDERED that the Motions to Dismiss [Doc. Nos. 53, 54, 63] are DENIED as moot and without prejudice.

IT IS SO ORDERED this 17th day of February 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE